1  THOMAS E. FRANKOVICH (State Bar #074414)
2  THOMAS E. FRANKOVICH
   *A PROFESSIONAL LAW CORPORATION*
3  4328 Redwood Hwy, Suite 300
   San Rafael, CA   94903
4  Telephone:  415/674-8600
   Facsimile:   415/674-9900
   tfrankovich@disabilitieslaw.com

Attorney For Plaintiffs, DAREN HEATHERLY;
and IRMA RAMIREZ,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY; and IRMA RAMIREZ, <br><br> Plaintiffs, <br><br> v. <br><br> THE SAUSAGE FACTORY, INC., dba THE SAUSAGE FACTORY; and ANTONIO AZZOLINO and CONCHITA M. AZZOLINO, Trustees of the AZZOLINO TRUST, dated February 23, 1994, <br><br> Defendants. | **CASE NO. CV-13-2800-KAW** <br><br> **STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

1     Therefore, IT IS HEREBY STIPULATED by and between parties to this action
2 through their designated counsel that the above-captioned action become and hereby is
3 dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).
4     This stipulation may be executed in counterparts, all of which together shall constitute
5 one original document.

7 Dated: January 21, 2015      THOMAS E. FRANKOVICH
    *A PROFESSIONAL LAW CORPORATION*

9      By: */s/ Thomas E. Frankovich*
10      Thomas E. Frankovich
     Attorney for Plaintiffs DAREN HEATHERLY; and
     IRMA RAMIREZ

13 Dated: January 21, 2015      LIVINGSTON LAW FIRM

     Authorized on 1/21/2015
     to use electronic signature
     for this document

16      By: */s/ Crystal L. Van Der Putten*
     Crystal L. Van Der Putten
17      Attorney for Defendants THE SAUSAGE
     FACTORY, INC., dba THE SAUSAGE
     FACTORY; and  ANTONIO AZZOLINO and
18      CONCHITA M. AZZOLINO, Trustees of the
     AZZOLINO TRUST, dated February 23, 1994

## **ORDER**

21     IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to
22 Fed.R.Civ.P. 41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the
23 purpose of enforcing the parties' Settlement Agreement and General Release should such
24 enforcement be necessary
25 Dated: __1/22__, 2015

     *Kandis Westmore*
     Honorable Magistrate Kandis A. Westmore
     UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON      CASE NO. **CV-13-2800-KAW**